In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00298-CR
_____

GEORGE WILHELM VOGEL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 13-04-04450-CR

MEMORANDUM OPINION

George Wilhelm Vogel filed a notice of appeal from an order denying Vogel's

request for a free record of hearings conducted in the trial court on December 14 and

21, 2015. We questioned our jurisdiction, and the parties filed responses. According

to Vogel, his 2013 conviction was affirmed on appeal in December 2014.[1] Vogel

---

[1] *See generally Vogel v. State*, Nos. 14-14-00104-CR, 14-14-00105-CR, and 14-14-00106-CR, 2014 WL 6790743, at *1 (Tex. App.—Houston [14th Dist.] Dec. 2, 2014, no pet.) (mem. op., not designated for publication).

1

does not explain what the hearings concerned, and he has not shown that a post-conviction proceeding concluded with the signing of an order that is appealable at this time.

"No statute vests this court with jurisdiction over an appeal from an order denying a request for a free copy of the trial record when such a request is not presented in conjunction with a timely filed direct appeal." *Clegg v. State*, 214 S.W.3d 671 (Tex. App.—Waco 2007, no pet.). We dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

 

_____
CHARLES KREGER
Justice

Submitted on October 17, 2017
Opinion Delivered October 18, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.